2010–0344.  State v. Jones.
Summit C.P. No. CR–2007–04–1294. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for new attorneys to be appointed for the direct appeal,
It is ordered by the court that the motion is denied.

# DISCIPLINARY CASES

2009–1145.  Cleveland Metro. Bar Assn. v. Nance.
It is ordered by this court, sua sponte, that Donald S. Nance, Attorney Registration No. 0034086, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 19, 2009, to wit: failure to file an affidavit of compliance on or before December 21, 2009, and failure to pay board costs in the amount of $1,621.28 on or before February 17, 2010.

2009–1535.  Cleveland Metro. Bar Assn. v. Kealy.
It is ordered by this court, sua sponte, that John C. Kealy, Attorney Registration No. 0031331, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of April 12, 2010, to wit: failure to surrender his attorney-registration card and failure to file an affidavit of compliance on or before May 12, 2010, or July 19, 2010.

2009–1544.  Disciplinary Counsel v. Nicks.
It is ordered by this court, sua sponte, that J. Michael Nicks, Attorney Registration No. 0073608, last known business address in Galena, Ohio, is found in contempt for failure to comply with this court's order of February 25, 2010, to wit: failure to file an affidavit of compliance on or before March 29, 2010.

# CASE ANNOUNCEMENTS
*August 5, 2010*

[Cite as *08/05/2010 Case Announcements*, 2010-Ohio-3583.]

# MOTION AND PROCEDURAL RULINGS

1990–1927.  State v. Lorraine.
Trumbull App. No. 3838. This cause came on for further consideration upon the filing of Luigia Tenuta's motion for extraordinary consideration of fees/expenses and application for attorney fees.
It is ordered by the court that the motion is denied and the application for attorney fees is denied.

2009–2310.  Dialysis Clinic, Inc. v. Levin.
Board of Tax Appeals, No. 2006–V–2389. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of amici curiae Ohio School Boards Association et al. to participate in oral argument, scheduled for August 10, 2010, on behalf of the appellee, and the motion of amicus curiae Ohio Hospital Association to participate in oral argument on behalf of the appellant,
It is ordered by the court that the motions are granted, and amici curiae shall share the time allotted to appellee and appellant.

# MISCELLANEOUS DISMISSALS

2010–1248.  S.N. v. M.B.
Franklin App. No. 09AP–1021, 2010-Ohio-2479. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

*August 5, 2010*

[Cite as *08/05/2010 Case Announcements #2*, 2010-Ohio-3605.]


# MOTION AND PROCEDURAL RULINGS

**2010–1360. In re Z.N.**
Franklin App. No. 10AP–85, 2010-Ohio-2910. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay,
It is ordered by the court that the motion is denied.


# DISCIPLINARY CASES

**2010–1339. In re Schwartz.**
On August 2, 2010, and pursuant to Gov.Bar R. V(5)(A)(3), the Secretary of the Board of Commissioners on Grievances and Discipline of the Supreme Court of Ohio certified to the Supreme Court a certified copy of a judgment entry of a felony conviction against Robert Leon Schwartz, an attorney licensed to practice law in the state of Ohio.

Upon consideration thereof and pursuant to Gov.Bar R. V(5)(A)(4), it is ordered and decreed that Robert Leon Schwartz, Attorney Registration No. 0000818, last known business address in Cincinnati, Ohio, is suspended from the practice of law for an interim period, effective as of the date of this entry.

It is further ordered that this matter is referred to the Disciplinary Counsel for investigation and commencement of disciplinary proceedings.

It is further ordered that respondent immediately cease and desist from the practice of law in any form and is forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency or other public authority.

It is further ordered that, effective immediately, respondent is forbidden to counsel or advise, or prepare legal instruments for others or in any manner perform legal services for others.

It is further ordered that respondent is divested of each, any and all of the rights, privileges and prerogatives customarily accorded to a member in good standing of the legal profession of Ohio.

It is further ordered that before entering into an employment, contractual, or consulting relationship with any attorney or law firm, the respondent shall verify that the attorney or law firm has complied with the registration requirements of Gov.Bar R. V(8)(G)(3). If employed pursuant to Gov.Bar R. V(8)(G), respondent shall refrain from direct client contact except as provided in Gov.Bar R. V(8)(G)(1), and from receiving, disbursing, or otherwise handling any client trust funds or property.

It is further ordered that, pursuant to Gov.Bar R. X(3)(G), respondent shall complete one credit hour of continuing legal education for each month, or portion of a month of the suspension. As part of the total credit hours of continuing legal education required by Gov.Bar R. X(3)(G), respondent shall complete one credit hour of instruction related to professional conduct required by Gov.Bar R. X(3)(A)(1), for each six months, or portion of six months, of the suspension.

It is further ordered that respondent shall not be reinstated to the practice of law in Ohio until (1) respondent complies with the requirements for reinstatement set forth in the Supreme Court Rules for the Government of the Bar of Ohio; (2) respondent complies with this and all other orders issued by this court; (3) respondent complies with the Supreme Court Rules for the Government of the Bar of Ohio; and (4) this court orders respondent reinstated.

It is further ordered, sua sponte, by the court, that within 90 days of the date of this order, respondent shall reimburse any amounts that have been awarded by the Clients' Security Fund pursuant to Gov.Bar R. VIII(7)(F). It is further ordered, sua sponte, by the court that if, after the date of this order, the Clients' Security Fund awards any amount against the respondent pursuant to